Decided June 16, 1999

LISA BENEDICT *v.* DAVID BETANCOURT

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 901 (AC 18297), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court properly affirm the judgment of the trial court denying the defendant's motion to open the judgment of paternity?"

The Supreme Court docket number is SC 16128.

*James D. Hirschfield,* in support of the petition.

*J. Bernard Davis,* assistant attorney general, in opposition.

Decided June 16, 1999